MEREDITH N. LANDY (SB #136489)
DALE EDMONDSON (SB #189793)
JESSICA A. HOOGS (SB# 227011)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2671 Fax: (650) 473-2601
Email: mlandy@omm.com
        dedmondson@omm.com
        jhoogs@omm.com

DANIEL A. POLLACK (*Pro Hac Vice*)
EDWARD McDERMOTT (*Pro Hac Vice*)
ANTHONY ZACCARIA (*Pro Hac Vice*)
POLLACK & KAMINSKY
114 West 47th Street
New York, NY 10036
Telephone: (212) 575-4700 Fax: (212) 575-6560
Email: dapollack@pollacklawfirm.com
        etmcdermott@pollacklawfirm.com
        azaccaria@pollacklawfirm.com

Attorneys for Defendants FRANKLIN
RESOURCES, INC., FRANKLIN ADVISERS,
INC., FRANKLIN/TEMPLETON
DISTRIBUTORS, INC., TEMPLETON GLOBAL
ADVISORS, LTD., FRANKLIN ADVISORY
SERVICES, LLC, FRANKLIN MUTUAL
ADVISERS, LLC, AND FRANKLIN
TEMPLETON SERVICES, LTD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, et al., for the use and benefit of THE TEMPLETON GROWTH FUND, et al.,<br><br>            Plaintiff,<br><br>   v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>            Defendants. | Case No. C-04-0883SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE SCHEDULING** |

**WHEREAS** a Case Management Conference is currently scheduled for August 26, 2005;

**WHEREAS** the Court previously directed the parties to contact the Court to request an adjustment of the scheduling of the Case Management Conference in the event that such an adjustment became warranted;

**WHEREAS** the parties have recently requested that the Court enter an order providing for the filing of an amended complaint and setting a schedule for defendants' response thereto; and

**WHEREAS** in light of the noted scheduling request, the parties believe that the Case Management Conference would be more productive if held at a later date, and therefore respectfully request the Court to alter the current date set for the Case Management Conference;

**IT IS HEREBY STIPULATED** that the Case Management Conference currently set for August 26, 2005 shall be continued to November 18, 2005 at 2:30 p.m. It is further stipulated that the parties' supplemental case management statement shall be due on November 8, 2005.

Dated: August 11, 2005           KELLER ROHRBACK, L.L.P.

By: /s/ Michael D. Woerner
     Michael D. Woerner

Lynn Lincoln Sarko, *pro hac vice*
Michael D. Woerner, *pro hac vice*
Gretchen F. Cappio, *pro hac vice*
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
(415) 362-8769
Fax: (415) 362-7528

Gary Gotto, Bar No. 007401, *pro hac vice*
Ron Kilgard, Bar No. 005902, *pro hac vice*
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Ste. 900
Phoenix, AZ 85012
(602) 248-0088
Fax: (602) 248-2822

1

Michael J. Brickman, *pro hac vice*
James C. Bradley, *pro hac vice*
Nina H. Fields, *pro hac vice*
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
(842) 727-6500
Fax: (842) 727-3103

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL 33602
(813) 225-2500
Fax: (813) 223-7118

Attorneys for Plaintiffs
SUSAN STRIGLIABOTTI, et al., for the use
and benefit of THE TEMPLETON GROWTH
FUND, et al.

Dated: August 11, 2005

O'MELVENY & MYERS LLP

By: /s/ Meredith N. Landy
    Meredith N. Landy

Daniel A. Pollack, Esq.
Edward T. McDermott, Esq.
Anthony Zaccaira, Esq.
POLLACK & KAMINSKY
114 West 47th Street
New York, NY 10036

Attorneys for FRANKLIN RESOURCES,
INC., FRANKLIN ADVISERS, INC.,
FRANKLIN/TEMPLETON
DISTRIBUTORS, INC., TEMPLETON
GLOBAL ADVISORS, LTD., FRANKLIN
ADVISORY SERVICES, LLC., FRANKLIN
MUTUAL ADVISERS, LLC, AND
FRANKLIN TEMPLETON SERVICES,
LTD.

I certify that Michael D. Woerner  concurs in the filing of this document.

By: /s/ Meredith N. Landy
    Meredith N. Landy

STIPULATION REGARDING CMC SCHEDULING
MASTER FILE NO. C-03-0883SI

1

**ORDER**

2

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

3

4

Date:_____

5

The Honorable S

6

MP1:966491.2

7

8

GRANTED

Judge Susan Illston

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4