Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
lovitt@lh-sf.com; jth@lh-sf.com; hbornstein@sbcglobal.net

Lynn Lincoln Sarko, *pro hac vice*
Michael D. Woerner, *pro hac vice*
Tana Lin, *pro hac vice*
Gretchen F. Cappio, *pro hac vice*
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
lsczrko@kellerrohrback.com; mwoerner@kellerrohrback.com;
gcappio@kellerrohrback.com; tlin@kellerrohrback.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, on behalf of herself and a class of all persons similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN RESOURCES, INC., et al., <br><br> Defendants | No. C 04 0883 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE: FILING OF THIRD AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER
Case No. C-04-0883SI; Page 1

WHEREAS, plaintiffs filed their Second Amended Complaint on March 21, 2005;

WHEREAS, plaintiffs desire to file a Third Amended Complaint in order to include class action allegations with respect to the claims based upon California law;

**NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:**

1. Plaintiffs may file the Third Amended Complaint attached hereto as Exhibit A;

2. Defendants, in so stipulating, do not waive any rights they presently possess to challenge the legal sufficiency of the Third Amended Complaint, and any and all claims and allegations asserted therein, including the class action allegations, in any manner contemplated by the Federal Rules of Civil Procedure, and do not waive any defenses, including but not limited to the legal sufficiency of any of the claims asserted in the Third Amended Complaint;

3. Within 30 days of the date of the entry of an Order of the Court approving the terms of this Stipulation, Plaintiffs shall provide Defendants with documentary proof of the share ownership of each of the Plaintiffs in each of the Funds on whose behalf he or she purports to sue, both as of the date of the original Complaint and as of the date of this Stipulation. Such provision of documentary proof is conditioned upon there being a valid protective order in place at that time; and

4. Defendants shall have until September 30, 2005 to move against and/or answer the Third Amended Complaint.

DATED: August 3, 2005          LOVITT & HANNAN, INC.

By _____Michael Woerm for_____
Ronald Lovitt
Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
Case No. C-04-0883SI; Page 2

DATED: August 3, 2005                    O'MELVENY & MEYERS, LLP

By: /s/ Michael Woerner per
Dale Edmondson
Attorneys for Defendants
*telephone approval*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: _____

Hon. Susan Illston
U.S. District Court

**GRANTED**
/s/ Susan Illston
Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER
Case No. C-04-0883SI; Page 3