**LOVITT & HANNAN, INC.**
ATTORNEYS AT LAW
900 FRONT STREET, SUITE 300
SAN FRANCISCO 94111
(415) 362-8769

ATTORNEYS@LH-SF.COM                         FACSIMILE (415) 362-7528

October 12, 2005

Tracy Sutton
Court Clerk for the Honorable Susan Illston
United States District Court
Northern District of California
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Strigliabotti et al. V. Franklin Resources, Inc. et al.*
            Case No. C-04 0883 SI

Dear Tracy,

It is hereby stipulated and agreed by the parties to move the Case Management Conference from November 18, 2005 at 2:30 p.m. to December 2, 2005 at 2:30 p.m.

Sincerely,

LOVITT & HANNAN, INC.

*[signature]*

Ronald Lovitt

RL:ljd

cc:    Dale Edmonson, Esq.
       Michael D. Woerner, Esq.

**GRANTED**
*[signed]* Judge Susan Illston
[Seal: United States District Court, Northern District of California]