| | |
|---|---|
| 1 | DANIEL A. POLLACK *(pro hac vice)*<br>EDWARD T. MCDERMOTT *(pro hac vice)* |
| 2 | ANTHONY ZACCARIA *(pro hac vice)*<br>POLLACK & KAMINSKY |
| 3 | 114 West 47th Street, Suite 1900<br>New York, New York  10036 |
| 4 | Telephone:   (212) 575-4700<br>Facsimile:    (212) 575-6560 |
| 5 | *dapollack@pollacklawfirm.com*<br>*etmcdermott@pollacklawfirm.com* |
| 6 | *azaccaria@pollacklawfirm.com* |
| 7 | MEREDITH N. LANDY (S.B. #136489)<br>DALE M. EDMONDSON (S.B. #189793) |
| 8 | O'MELVENY & MYERS LLP<br>2765 Sand Hill Road |
| 9 | Menlo Park, California  94025<br>Telephone:   (650) 473-2600 |
| 10 | Facsimile:    (650) 473-2601<br>*mlandy@omm.com* |
| 11 | *dedmondson@omm.com* |
| 12 | Attorneys for Defendants<br>FRANKLIN RESOURCES, INC., et al. |
| 13 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN STRIGLIABOTTI,<br>on behalf of herself and a class of<br>all persons similarly situated, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FRANKLIN RESOURCES, INC.,<br>et al.,<br><br>        Defendants. | Case No. C-04-0883-SI<br><br>**AMENDED NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OR, IN THE ALTERNATIVE, FOR JUDGMENT PURSUANT TO RULE 12(c)**<br><br>**(AMENDING NOTICE OF SEPTEMBER 29, 2005)**<br><br>Date:    November 4, 2005<br>Time:    9:00 a.m.<br>Judge:   Hon. Susan Illston |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that, on November 4, 2005 at 9:00 a.m., or as soon thereafter as the parties may be heard, defendants Franklin Resources, Inc., Templeton Global Advisers, Ltd., Franklin Advisory Services, LLC, Franklin Advisers, Inc., Franklin/Templeton Distributors, Inc., Franklin Mutual Advisers, LLC, and Franklin Templeton Services, LLC, will move this Court, pursuant to Rule 12(b)(6), Fed. R. Civ. P., for an Order dismissing the Third Amended Complaint (hereinafter the "Complaint") on the grounds that the Complaint fails to state a claim upon which relief may be granted or, in the alternative, pursuant to Rule12(c), Fed. R. Civ. P., for judgment on the pleadings. Issues to be decided include, *inter alia*, whether the Complaint states a legally cognizable claim under § 36(b) of the Investment Company Act of 1940, whether the Court should exercise supplemental jurisdiction over the state law claims, and whether, alternatively, the state law claims are preempted by SLUSA.

Dated: October 20, 2005 (amending Notice of Motion, September 29, 2005)

POLLACK & KAMINSKY

By: /s/ Daniel A. Pollack
Daniel A. Pollack *(pro hac vice)*
Edward T. McDermott *(pro hac vice)*
Anthony Zaccaria *(pro hac vice)*

O'MELVENY & MYERS LLP

By: /s/ Meredith N. Landy
Meredith N. Landy
Dale M. Edmondson

Attorneys for Defendants
FRANKLIN RESOURCES, INC., et al.

MP1:969981.1