1  MEREDITH N. LANDY (SB #136489)
2  DALE EDMONDSON (SB #189793)
   JESSICA A. HOOGS (SB# 227011)
3  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
4  Menlo Park, California 94025
   Telephone: (650) 473-2671 Fax: (650) 473-2601
5  Email: mlandy@omm.com
          dedmondson@omm.com
6         jhoogs@omm.com

7
   DANIEL A. POLLACK (*Pro Hac Vice*)
8  EDWARD McDERMOTT (*Pro Hac Vice*)
   ANTHONY ZACCARIA (*Pro Hac Vice*)
9  POLLACK & KAMINSKY
   114 West 47th Street
10 New York, NY 10036
   Telephone: (212) 575-4700 Fax: (212) 575-6560
11 Email: dapollack@pollacklawfirm.com
          etmcdermott@pollacklawfirm.com
12        azaccaria@pollacklawfirm.com

13
   Attorneys for Defendants FRANKLIN
14 RESOURCES, INC., FRANKLIN ADVISERS,
   INC., FRANKLIN/TEMPLETON
15 DISTRIBUTORS, INC., TEMPLETON GLOBAL
16 ADVISORS, LTD., FRANKLIN ADVISORY
   SERVICES, LLC, FRANKLIN MUTUAL
17 ADVISERS, LLC, AND FRANKLIN
   TEMPLETON SERVICES, LTD
18

19
20 **UNITED STATES DISTRICT COURT**

21 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

22

| | |
|---|---|
| SUSAN STRIGLIABOTTI, et al., for the use and benefit of THE TEMPLETON GROWTH FUND, et al.,<br><br>Plaintiff,<br>v.<br><br>FRANKLIN RESOURCES, INC., et al., | Case No. C-04-0883SI<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULING** |

AMENDED STIPULATION RE CLASS CERT BRIEFING
MASTER FILE NO. C-03-0883SI

|   |   |
|---|---|
| 1 |   |
| 2 | Defendants. |

**WHEREAS** a hearing on plaintiffs' Motion for Class Certification is currently scheduled for January 13, 2006;

**WHEREAS** at the most recent Case Management Conference, the parties and the Court discussed the rescheduling of the hearing on class certification to a later date;

**WHEREAS** the parties have met and conferred regarding a revised briefing schedule and date for the class certification hearing;

**IT IS HEREBY STIPULATED** that the class certification hearing currently scheduled for January 13, 2006 shall be continued to April 14, 2006. It is also stipulated that defendants' deposition of plaintiff Susan Strigliabotti shall take place on February 16, 2006. It is further stipulated that defendants' opposition to plaintiffs' Motion for Class Certification shall be due on March 10, 2006, and plaintiffs' reply brief shall be due on March 31, 2006.

Dated: December 21, 2005              KELLER ROHRBACK, L.L.P.

By: /s/ Ronald Lovitt
     Ronald Lovitt

Lynn Lincoln Sarko, *pro hac vice*
Michael D. Woerner, *pro hac vice*
Gretchen F. Cappio, *pro hac vice*
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
(415) 362-8769
Fax: (415) 362-7528

Gary Gotto, Bar No. 007401, *pro hac vice*
Ron Kilgard, Bar No. 005902, *pro hac vice*
KELLER ROHRBACK P.L.C.
National Bank Plaza

1

AMENDED STIPULATION RE CLASS CERT BRIEFING
MASTER FILE NO. C-03-0883SI

|   |   |
|---|---|
|   | 3101 North Central Avenue, Ste. 900<br>Phoenix, AZ 85012<br>(602) 248-0088<br>Fax: (602) 248-2822<br><br>Michael J. Brickman, *pro hac vice*<br>James C. Bradley, *pro hac vice*<br>Nina H. Fields, *pro hac vice*<br>RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401<br>(842) 727-6500<br>Fax: (842) 727-3103<br><br>Guy M. Burns<br>Jonathan S. Coleman<br>Becky Ferrell-Anton<br>JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.<br>100 North Tampa Street, Ste. 1800<br>Tampa, FL 33602<br>(813) 225-2500<br>Fax: (813) 223-7118<br><br>Attorneys for Plaintiffs<br>SUSAN STRIGLIABOTTI, et al., for the use and benefit of THE TEMPLETON GROWTH FUND, et al. |
| Dated: December 21, 2005 | O'MELVENY & MYERS LLP<br><br>By: /s/ Meredith N. Landy<br>    Meredith N. Landy<br><br>Daniel A. Pollack, Esq.<br>Edward T. McDermott, Esq.<br>Anthony Zaccaria, Esq.<br>POLLACK & KAMINSKY<br>114 West 47th Street<br>New York, NY 10036<br><br>Attorneys for FRANKLIN RESOURCES, INC., FRANKLIN ADVISERS, INC., FRANKLIN/TEMPLETON DISTRIBUTORS, INC., TEMPLETON GLOBAL ADVISORS, LTD., FRANKLIN ADVISORY SERVICES, LLC., FRANKLIN MUTUAL ADVISERS, LLC, AND FRANKLIN TEMPLETON SERVICES, LTD. |

2

AMENDED STIPULATION RE CLASS CERT BRIEFING
MASTER FILE NO. C-03-0883SI

1  I certify that Ronald Lovitt concurs in the filing of this document.

By: /s/ Meredith N. Landy
    Meredith N. Landy

3

AMENDED STIPULATION RE CLASS CERT BRIEFING
MASTER FILE NO. C-03-0883SI

1 **ORDER**

2 **PURSUANT TO STIPULATION IT IS SO ORDERED.**

4 Date:_____    _____

5 The Honorable Susan Illston

6 SF1:612297.2

**IT IS SO ORDERED**
Judge Susan Illston

4

AMENDED STIPULATION RE CLASS CERT BRIEFING
MASTER FILE NO. C-03-0883SI