IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIGLIABOTTI et al., | No. C 04-00883 SI |
|     Plaintiffs, | **ORDER RE: SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| FRANKLIN RESOURCES, INC., et al., | |
|     Defendants. | |

The Court directs the parties to file supplemental briefs regarding the following issues: (1) whether there is a conflict between the derivative claims and the proposed class action based on the fact that the derivative claims are brought on a nationwide basis while the proposed class action is limited to California residents and covers a different time period; and (2) whether a class action is a superior method of litigation, and/or whether there is a conflict between the derivative claims and the proposed class action, given that during the overlapping periods of the derivative claims and the proposed class claims, the funds and the proposed class would be seeking the same recovery, i.e., the amount of the alleged overcharges, resulting in potential duplicative recovery.

The supplemental briefs shall be no more than 5 pages in length. The parties shall file the briefs, and shall serve copies on chambers, on or before **noon on April 10, 2006.**

**IT IS SO ORDERED.**

Dated: April 5, 2006

SUSAN ILLSTON
United States District Judge