Ronald Lovitt, Bar No. 040921
lovitt@lh-sf.com
J. Thomas Hannan, Bar No. 039140
hannan@lh-sf.com
Henry I. Bornstein, Bar No. 75885
hib@lh-sf.com
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528

Lynn Lincoln Sarko, *pro hac vice*
lsarko@kellerrohrback.com
Michael D. Woerner, *pro hac vice*
mwoerner@kellerrohrback.com
Tana Lin, *pro hac vice*
tlin@kellerrohrback.com
Gretchen F. Cappio, *pro hac vice*
gcappio@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Counsel for Plaintiffs*

(List of Additional Counsel at End of Document)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN STRIGLIABOTTI, on behalf of herself and a class of all persons similarly situated, et al., | No. C 04 0883 SI |
| Plaintiffs, | STIPULATION AND PROPOSED AMENDED PRETRIAL PREPARATION ORDER |
| v. | |
| FRANKLIN RESOURCES, INC., et al., | AS AMENDED |
| Defendants. | |

STIPULATION AND PROPOSED AMENDED PRETRIAL
PREPARATION ORDER
(C 04 0883 SI) Page - 1

N:\CLIENTS\26437\1\PLEADINGS\STIPAMPRETRIALPREPARATIONORDER060606.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2      IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,
3  and subject to approval by the Court that the Pretrial Preparation Order dated 5/11/05 be
4  amended as follows:

DISCOVERY PLAN:  Per F.R.Civ.P. and Local Rules, subject to any provisions below.
5
6  NON-EXPERT DISCOVERY CUTOFF is September 29, 2006

7  DESIGNATION OF EXPERTS:
      Parties **SHALL** conform to Rule 26(a)(2)
8            Plaintiffs designate experts November 17, 2006*
          Defendants designate experts January 19, 2007*
9               *Rebuttal expert designations allowed thereafter per Rule 26(a)(2)(c).

10 EXPERT DISCOVERY CUTOFF:
      Plaintiffs March 9, 2007
11       Defendants April 13, 2007

12
DISPOSITIVE MOTIONS **SHALL** be filed by ~~May 4, 2007~~ May 27, 2007
13        Opposition Due ~~June 1, 2007~~ June 1, 2007
       Reply Due ~~June 15, 2007~~ June 1, 2007
14 and set for hearing no later than ~~July 15, 2007, at 9:00 a.m.~~ June 15, 2007 @ 9:00 a.m.
15
PRETRIAL CONFERENCE DATE:  July 17, 2007 @ 3:30 p.m.
16
17 COURT TRIAL DATE:  September 24, 2007, at 8:30 a.m.
    Courtroom 4, 17th floor.
18
TRIAL LENGTH is estimated to be _____ days.
19
Dated: June 7, 2006
20
21                        /s/Michael D. Woerner
                 Lynn Lincoln Sarko, *pro hac vice*
22                  Michael D. Woerner, *pro hac vice*
                 Tana Lin, *pro hac vice*
23                  Gretchen F. Cappio, *pro hac vice*
                 Laura R. Gerber, *pro hac vice*
24                  KELLER ROHRBACK L.L.P.
                 1201 Third Avenue, Suite 3200
25                  Seattle, WA 98101-3052
                 Telephone:  (206) 623-1900
26                  Facsimile:  (206) 623-3384

STIPULATION AND PROPOSED AMENDED PRETRIAL
PREPARATION ORDER
(C 04 0883 SI) Page - 2

N:\Clients\26437\1\Pleadings\StipAmPretrialPreparationOrder060606.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528

Gary Gotto, Bar No. 007401
Ron Kilgard, Bar No. 005902
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
Telephone: (842) 727-6500
Facsimile: (842) 727-3103

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
100 North Tampa Street, Suite 1800
Tampa, FL 33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118

*Counsel for Plaintiffs*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/Michael D. Woerner

STIPULATION AND PROPOSED AMENDED PRETRIAL PREPARATION ORDER
(C 04 0883 SI) Page - 3

N:\CLIENTS\26437\1\PLEADINGS\STIPAMPRETRIALPREPARATIONORDER060606.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| Dated: June 7, 2006 | __/s/Daniel A. Pollack_____<br>Daniel A. Pollack<br>Edward T. McDermott<br>Anthony Zaccaria<br>POLLACK & KAMINSKY<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 575-4700<br>Facsimile: (212) 575-6560<br><br>Boris Feldman<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Lori A. Martin<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 295-6412<br>Facsimile: (212) 230-8888<br><br>***Counsel for Defendants*** |

STIPULATION AND PROPOSED AMENDED PRETRIAL PREPARATION ORDER
(C 04 0883 SI) Page - 4

N:\CLIENTS\26437\1\PLEADINGS\STIPAMPRETRIALPREPARATIONORDER060606.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**AMENDED PRETRIAL PREPARATION ORDER**

In accordance with this Stipulation, the Court hereby adopts the foregoing Pretrial Preparation schedule for this action.

Dated: _____

_____
**HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE**

STIPULATION AND PROPOSED AMENDED PRETRIAL
PREPARATION ORDER
(C 04 0883 SI) Page - 5

N:\Clients\26437\1\Pleadings\StipAmPretrialPreparationOrder060606.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | Ronald Lovitt, Bar No. 040921<br>lovitt@lh-sf.com |
| 2 | J. Thomas Hannan, Bar No. 039140<br>hannan@lh-sf.com |
| 3 | Henry I. Bornstein, Bar No. 75885<br>hbornstein@sbcglobal.net |
| 4 | LOVITT & HANNAN, INC.<br>900 Front Street, Suite 300 |
| 5 | San Francisco, California 94111<br>Telephone: (415) 362-8769 |
| 6 | Facsimile: (415) 362-7528 |
| 7 | Lynn Lincoln Sarko, *pro hac vice*<br>Lsarko@kellerrohrback.com |
| 8 | Michael D. Woerner, *pro hac vice*<br>Mwoerner@kellerrohrback.com |
| 9 | Tana Lin, *pro hac vice*<br>Tlin@kellerrohrback.com |
| 10 | Gretchen F. Cappio, *pro hac vice*<br>Gcappio@kellerrohrback.com |
| 11 | Laura R. Gerber, *pro hac vice*<br>lgerger@kellerrohrback.com |
| 12 | KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200 |
| 13 | Seattle, WA 98101-3052<br>Telephone: (206) 623-1900 |
| 14 | Facsimile: (206) 623-3384 |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | | |
| 19 | SUSAN STRIGLIABOTTI, et al., for the use and benefit of THE TEMPLETON GROWTH FUND; et al., | )<br>)<br>) |
| 20 | Plaintiffs, | ) No. C 04 0883 SI<br>) |
| 21 | v. | ) CERTIFICATE OF SERVICE<br>) |
| 22 | FRANKLIN RESOURCES, INC., et al., | )<br>) |
| 23 | Defendants. | )<br>) |

24  I, Erica K. Siegel, being first duly sworn, upon my oath, depose and say:

25  1.  I am over the age of twenty-one years and am not a party to the within cause;

26

CERTIFICATE OF SERVICE
Case No. C 04 0883 SI

- 1 -

2.  In my capacity as legal assistant employed by Keller Rohrback L.L.P., I caused to be served via electronic service and/or mailed by express or regular mail, properly addressed and with postage thereon fully prepaid, and deposited at a United States Post Office in Seattle, Washington on June 7, 2006, a true and correct copy of the attached documents:

- **Stipulation and Proposed Amended Pretrial Preparation Order**
- **This Certificate of Service**

To the parties listed below:

    Gary Gotto, Bar No. 007401
    Ron Kilgard, Bar No. 005902
    KELLER ROHRBACK P.L.C.
    National Bank Plaza
    3101 North Central Avenue, Ste. 900
    Phoenix, AZ 85012

    Michael J. Brickman
    James C. Bradley
    Nina H. Fields
    RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
    174 East Bay Street
    Charleston, SC 29401
    Fax: (842) 727-3103

    Guy M. Burns
    Jonathan S. Coleman
    Becky Ferrell-Anton
    JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
    100 North Tampa Street, Ste. 1800
    Tampa, FL 33602

    **Co-Counsel for Plaintiffs**

CERTIFICATE OF SERVICE
Case No. C 04 0883 SI

| | |
|---|---|
| 1 | |
| 2 | Daniel A. Pollack<br>Edward McDermott<br>Anthony Zaccaria |
| 3 | POLLACK & KAMINSKY<br>114 West 47th Street, Suite 1900 |
| 4 | New York, NY  10036 |
| 5 | Boris Feldman |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050 |
| 7 | |
| 8 | Lori A. Martin<br>Tori T. Kim |
| 9 | WILMER CUTLER PICKERING HALE & DORR LLP<br>399 Park Avenue |
| 10 | New York, NY  10022 |
| 11 | Mark Holland<br>CLIFFORD CHANCE ROGERS & WELLS LLP |
| 12 | 31 W 52nd St Fl 3<br>New York, NY  10019-6127 |
| 13 | **Counsel for Defendants** |

I certify under penalty of perjury of the Laws of the United States that the foregoing is true and correct.  Executed in Seattle, Washington on June 7, 2006.

*[signature]*
Erica K. Siegel

CERTIFICATE OF SERVICE
Case No. C 04 0883 SI

- 3 -