```
LORI A. MARTIN (Pro Hac Vice)
TORI T. KIM (S.B. #199480)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Tel (212) 230-8800 / Fax (212) 230-8888
E-Mail: lori.martin@wilmerhale.com
        tori.kim@wilmerhale.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Strigliabotti et al., for the use and benefit of THE TEMPLETON GROWTH FUND et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FRANKLIN RESOURCES, INC. et al.,<br><br>　　　　　　Defendants. | Case No.  C-04-0883SI<br><br>**NOTICE AND APPLICATION FOR WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER GRANTING APPLICATION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil L.R. 11-5(a), the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("the Firm"), 399 Park Avenue, New York, NY, 10022, Telephone (212) 230-8800, Facsimile (212) 230-8888, and attorneys Lori A. Martin and Tori T. Kim, hereby apply for an order permitting their withdrawal as counsel of record for Defendants Franklin Resources, Inc., Franklin Advisers, Inc., Franklin Templeton Distributors, Inc., Templeton Global Advisors, Ltd., Franklin Advisory Services, LLC, Franklin Mutual Advisers, LLC, and Franklin Templeton Services, LLC.

In support of this application, Lori A. Martin declares under 28 U.S.C. § 1746:

1.　I have consulted with Defendants, who consent to this application.

2.　Notice is hereby provided to all parties in this action.

3.  Defendants' remaining counsel will continue to serve as counsel of record in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on September 13, 2006.

By: /s/ Lori A. Martin
Lori A. Martin

## ORDER

It is ORDERED that the application of Wilmer Cutler Pickering Hale and Dorr LLP, and its attorneys, to withdraw as counsel of record for Defendants Franklin Resources, Inc., Franklin Advisers, Inc., Franklin Templeton Distributors, Inc., Templeton Global Advisors, Ltd., Franklin Advisory Services, LLC, Franklin Mutual Advisers, LLC, and Franklin Templeton Services, LLC is GRANTED.

Dated: _____    _____
Hon. Susan Illston
United States District Judge

NOTICE AND APPLICATION FOR
WITHDRAWAL OF COUNSEL; [PROPOSED]         - 2 -                      CASE NO. C-04-0883SI
ORDER GRANTING APPLICATION