MEREDITH N. LANDY (S.B. #136489)
DALE M. EDMONDSON (S.B. #189793)
JESSICA A. HOOGS (S.B. #227011)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
Email: mlandy@omm.com
       dedmondson@omm.com
       jhoogs@omm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Strigliabotti, et al., for the use and benefit of THE TEMPLETON GROWTH FUND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>Defendants. | Case No. C-04-0883SI<br><br>**NOTICE AND APPLICATION FOR WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER GRANTING APPLICATION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil L.R. 11-5(a), the law firm of O'Melveny & Myers LLP ("the Firm"), 2765 Sand Hill Road, Menlo Park, California 94025, Telephone (650) 473-2600, Facsimile (650) 473-2601, and attorneys Meredith N. Landy, Dale M. Edmondson, and Jessica A. Hoogs, hereby apply for an order permitting their withdrawal as counsel of record for Defendants Franklin Resources, Inc., Franklin Advisers, Inc., Franklin Templeton Distributors, Inc., Templeton Global Advisors, Ltd., Franklin Advisory Services, LLC, Franklin Mutual Advisers, LLC, and Franklin Templeton Services, LLC.

In support of this application, Meredith N. Landy declares under 28 U.S.C. § 1746:

1. I have consulted with Defendants, who consent to this application.

2.    Notice is hereby provided to all parties in this action.

3.    Defendants' remaining counsel will continue to serve as counsel of record in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Mateo, California on September 15, 2006.

By:    /s/ Meredith N. Landy
       Meredith N. Landy

### **ORDER**

It is ORDERED that the application of O'Melveny & Myers LLP, and its attorneys, to withdraw as counsel of record for Defendants Franklin Resources, Inc., Franklin Advisers, Inc., Franklin Templeton Distributors, Inc., Templeton Global Advisors, Ltd., Franklin Advisory Services, LLC, Franklin Mutual Advisers, LLC, and Franklin Templeton Services, LLC is GRANTED.

Dated: _____    _____
                                                    Hon. Susan Illston
                                                    United States District Judge

SF1:643522.1