Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
lovitt@lh-sf.com; jth@lh-sf.com; hbornstein@sbcglobal.net

Lynn Lincoln Sarko, *pro hac vice*
Michael D. Woerner, *pro hac vice*
Tana Lin, *pro hac vice*
Gretchen F. Cappio, *pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
lsarko@kellerrohrback.com; mwoerner@kellerrohrback.com;
gcappio@kellerrohrback.com; tlin@kellerrohrback.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, on behalf of herself and a class of all persons similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>Defendants | No. C 04 0883 SI<br><br>**[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION TO FILE DISCOVERY LETTER UNDER SEAL** |

Upon consideration of Plaintiffs' Ex-Parte Application to File Discovery Letter Under Seal, the Court hereby GRANTS Plaintiffs' application. It is HEREBY ORDERED that the discovery letter submitted on September 29, 2006 shall be filed under seal.

DATED: _____    _____
                                  SUSAN ILLSTON
                                  United States District Judge

[PROPOSED] ORDER GRANTING EX-PARTE APPLICATION TO FILE
DISCOVERY LETTER UNDER SEAL
Case No. C-04-0883 SI