Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*lovitt@lh-sf.com*; *jth@lh-sf.com*; *hbornstein@sbcglobal.net*

Lynn Lincoln Sarko, *pro hac vice*
Michael D. Woerner, *pro hac vice*
Tana Lin, *pro hac vice*
Gretchen F. Cappio, *pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
*lsarko@kellerrohrback.com*; *mwoerner@kellerrohrback.com*;
*gcappio@kellerrohrback.com*; *tlin@kellerrohrback.com*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, on behalf of herself and a class of all persons similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN RESOURCES, INC., et al., <br><br> Defendants | No. C 04 0883 SI <br><br> **STIPULATION TO FILE DISCOVERY REPLY LETTER UNDER SEAL** |

Pursuant to Civ. L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action as well as counsel for the independent directors that Plaintiff's October 9, 2006 request to file a reply to Mark Holland's letter of October 6, 2006 shall be filed under seal. This stipulation follows the procedure previously approved by the Court regarding the filing of Plaintiffs' September 29, 2006 discovery letter.

EX-PARTE APPLICATION TO FILE DISCOVERY LETTER
UNDER SEAL
Case No. C-04-0883 SI

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 9th day of October, 2006:

/s/Tana Lin
TANA LIN
KELLER ROHRBACK L.L.P.
Counsel for Plaintiffs

/s/Daniel A. Pollack
Daniel A. Pollack
POLLACK & KAMINSKY
Counsel for Defendants

/s/Mark Holland
Mark Holland
CLIFFORD CHANCE ROGERS & WELLS LLP
Counsel for the Independent Directors

**PURSUANT TO STIPUTLATION, IT IS SO ORDERED.**

DATED: _____          _____
                                Susan Illston
                                United States District Judge

EX-PARTE APPLICATION TO FILE DISCOVERY LETTER
UNDER SEAL
Case No. C-04-0883 SI

| | |
|---|---|
| Lynn Lincoln Sarko<br>Michael D. Woerner<br>Tana Lin<br>Gretchen F. Cappio<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>(206) 623-1900<br>Fax: (206) 623-3384 | Daniel A. Pollack<br>Edward T. McDermott<br>Anthony Zaccaria<br>POLLACK & KAMINSKY<br>114 West 47th Street<br>New York, NY 10036<br>Tel: (212) 575-4700<br>Fax: (212) 575-6560 |
| Gary Gotto<br>Ron Kilgard<br>KELLER ROHRBACK P.L.C.<br>National Bank Plaza<br>3101 North Central Avenue, Ste. 900<br>Phoenix, AZ 85012<br>Tel: (602) 248-0088<br>Fax: (602) 248-2822 | Boris Feldman<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>Fax: (650) 565-5100 |
| Michael J. Brickman<br>James C. Bradley<br>Nina H. Fields<br>RICHARDSON, PATRICK, WESTBROOK<br>& BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401<br>Tel: (842) 727-6500<br>Fax: (842) 727-3103 | Mark Holland<br>CLIFFORD CHANCE ROGERS & WELLS LLP<br>31 W 52nd St Fl 3<br>New York, NY 10019-6127<br>Tel: (212) 878-8000<br>Fax: (212) 878-8375 |
| Guy M. Burns<br>Jonathan S. Coleman<br>Becky Ferrell-Anton<br>JOHNSON, POPE, BOKOR, RUPPEL<br>& BURNS, L.L.P.<br>100 North Tampa Street, Ste. 1800<br>Tampa, FL 33602<br>Tel: (813) 225-2500<br>Fax: (813) 223-7118 | |
| Mr. Ronald Lovitt<br>J. Thomas Hannan<br>Henry I. Bornstein<br>LOVITT & HANNAN, INC.<br>900 Front Street, Suite 300<br>San Francisco, CA 94111<br>Tel: (415) 362-8769<br>Fax: (415) 362-7528 | |

EX-PARTE APPLICATION TO FILE DISCOVERY LETTER
UNDER SEAL
Case No. C-04-0883 SI