Ronald Lovitt, Bar No. 040921
lovitt@lh-sf.com
J. Thomas Hannan, Bar No. 039140
hannan@lh-sf.com
Henry I. Bornstein, Bar No. 75885
hib@lh-sf.com
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528

Lynn Lincoln Sarko, *pro hac vice*
lsarko@kellerrohrback.com
Michael D. Woerner, *pro hac vice*
mwoerner@kellerrohrback.com
Tana Lin, *pro hac vice*
tlin@kellerrohrback.com
Gretchen F. Cappio, *pro hac vice*
gcappio@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Counsel for Plaintiffs*

(List of Additional Counsel at End of Document)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, on behalf of herself and a class of all persons similarly situated, et al., | No. C 04 0883 SI |
| Plaintiffs, | STIPULATION AND PROPOSED AMENDED PRETRIAL PREPARATION ORDER |
| v. | |
| FRANKLIN RESOURCES, INC., et al., | AS AMENDED |
| Defendants. | |

STIPULATION AND PROPOSED AMENDED
PRETRIAL PREPARATION ORDER
(C 04 0883 SI) Page - 1

\\KRFILE\DATA\CLIENTS\26437\1\PLEADINGS\STIPAMPRETRIALPREPARATIONORDER1026

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|1|
|2|

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, and subject to approval by the Court that the Pretrial Preparation Order dated June 7, 2006 be amended as follows:

NON-EXPERT DISCOVERY CUTOFF is <u>November 13, 2006</u>

DESIGNATION OF EXPERTS:
    Parties **SHALL** conform to Rule 26(a)(2)
        Plaintiffs designate experts <u>January 15, 2007</u>*
        Defendants designate experts <u>March 16, 2007</u>*
           *Rebuttal expert designations allowed thereafter per Rule 26(a)(2)(c).

EXPERT DISCOVERY CUTOFF:
    Plaintiffs <u>April 30, 2007</u>
    Defendants <u>June 4, 2007</u>

DISPOSITIVE MOTIONS **SHALL** be filed by ~~June 15, 2007~~ 6/22/06
    Opposition Due ~~July 9, 2007~~ 7/6/06
    Reply Due ~~July 23, 2007~~ 7/13/06
and set for hearing no later than ~~July 31, 2007, at 9:00 a.m.~~ July 27, 2007

PRETRIAL STATEMENT SHALL BE FILED BY: ~~August 10, 2007~~ August 28, 2006

PRETRIAL CONFERENCE DATE: <u>August 24, 2007 @ 3:30 p.m.</u>

COURT TRIAL DATE: <u>September 24, 2007, at 8:30 a.m.</u>
    Courtroom 4, 17th floor.

No further requests to modify the schedule will be made.

Dated: October 27, 2006

                                    /s/Tana Lin
                              Lynn Lincoln Sarko, *pro hac vice*
                              Michael D. Woerner, *pro hac vice*
                              Tana Lin, *pro hac vice*
                              Gretchen F. Cappio, *pro hac vice*
                              Laura R. Gerber, *pro hac vice*
                              KELLER ROHRBACK L.L.P.
                              1201 Third Avenue, Suite 3200
                              Seattle, WA 98101-3052
                              Telephone: (206) 623-1900
                              Facsimile: (206) 623-3384

STIPULATION AND PROPOSED AMENDED
PRETRIAL PREPARATION ORDER
(C 04 0883 SI) Page - 2

\\KRFILE\DATA\CLIENTS\26437\1\PLEADINGS\STIPAMPRETRIALPREPARATIONORDER1026

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528

Gary Gotto, Bar No. 007401
Ron Kilgard, Bar No. 005902
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
Telephone: (842) 727-6500
Facsimile: (842) 727-3103

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
100 North Tampa Street, Suite 1800
Tampa, FL 33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118

*Counsel for Plaintiffs*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/Tana Lin

STIPULATION AND PROPOSED AMENDED
PRETRIAL PREPARATION ORDER
(C 04 0883 SI) Page - 3

\\KRFILE\DATA\CLIENTS\26437\1\PLEADINGS\STIPAMPRETRIALPREPARATIONORDER1026

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| Dated: October 26, 2006 | __/s/Boris Feldman_____ |
| | Boris Feldman |
| | WILSON SONSINI GOODRICH & ROSATI |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| | |
| | Daniel A. Pollack |
| | Edward T. McDermott |
| | Anthony Zaccaria |
| | POLLACK & KAMINSKY |
| | 114 West 47th Street |
| | New York, NY 10036 |
| | Telephone: (212) 575-4700 |
| | Facsimile: (212) 575-6560 |
| | |
| | *Counsel for Defendants* |

**AMENDED PRETRIAL PREPARATION ORDER**

In accordance with this Stipulation, the Court hereby adopts the foregoing Pretrial Preparation schedule for this action.

Dated: _____      _____
**HONORABLE SUSAN ILLSTON**
**UNITED STATES DISTRICT JUDGE**

STIPULATION AND PROPOSED AMENDED
PRETRIAL PREPARATION ORDER
(C 04 0883 SI) Page - 4

\\KRFILE\DATA\CLIENTS\26437\1\PLEADINGS\STIPAMPRETRIALPREPARATIONORDER1026

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384