1  Ronald Lovitt, Bar No. 040921
   J. Thomas Hannan, Bar No. 039140
2  Henry I. Bornstein, Bar No. 75885
   LOVITT & HANNAN, INC.
3  900 Front Street, Suite 300
   San Francisco, California 94111
4  Telephone: (415) 362-8769
   Facsimile: (415) 362-7528
5  *lovitt@lh-sf.com*; *jth@lh-sf.com*; *hbornstein@sbcglobal.net*

6  Lynn Lincoln Sarko, *pro hac vice*
   Michael D. Woerner, *pro hac vice*
7  Tana Lin, *pro hac vice*
   Gretchen F. Cappio, *pro hac vice*
8  KELLER ROHRBACK L.L.P.
   1201 Third Avenue, Suite 3200
9  Seattle, WA 98101-3052
   Telephone: (206) 623-1900
10 Facsimile: (206) 623-3384
   *lsarko@kellerrohrback.com*; *mwoerner@kellerrohrback.com*;
11 *gcappio@kellerrohrback.com*; *tlin@kellerrohrback.com*

12 Attorneys for Plaintiffs

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, on behalf of herself and a class of all persons similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>Defendants | No. C 04 0883 SI<br><br>**STIPULATION TO FILE DISCOVERY LETTER UNDER SEAL** |

Pursuant to Civ. L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action as well as counsel for the independent directors that Plaintiff's January 18, 2007 discovery letter shall be filed under seal. This stipulation follows the procedure previously approved by the Court regarding the filing of Plaintiffs' September 29, 2006 discovery letter, to which the January 18, 2007 is related.

STIPULATION TO FILE DISCOVERY LETTER
UNDER SEAL
Case No. C-04-0883 SI

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 18th day of January, 2007:

/s/Michael D. Woerner
MICHAEL D. WOERNER
TANA LIN
KELLER ROHRBACK L.L.P.
Counsel for Plaintiffs

/s/Daniel A. Pollack
Daniel A. Pollack
POLLACK & KAMINSKY
Counsel for Defendants

/s/Mark Holland
Mark Holland
CLIFFORD CHANCE ROGERS & WELLS LLP
Counsel for the Independent Directors

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                Susan Illston
                                United States District Judge

STIPULATION TO FILE DISCOVERY LETTER
UNDER SEAL
Case No. C-04-0883 SI

| | |
|---|---|
| 1 | |
| 2 | Lynn Lincoln Sarko<br>Michael D. Woerner |
| 3 | Tana Lin<br>Gretchen F. Cappio |
| 4 | KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200 |
| 5 | Seattle, WA 98101-3052<br>(206) 623-1900 |
| 6 | Fax: (206) 623-3384 |
| 7 | Gary Gotto<br>Ron Kilgard |
| 8 | KELLER ROHRBACK P.L.C.<br>National Bank Plaza |
| 9 | 3101 North Central Avenue, Ste. 900<br>Phoenix, AZ 85012 |
| 10 | Tel: (602) 248-0088<br>Fax: (602) 248-2822 |

Daniel A. Pollack
Edward T. McDermott
Anthony Zaccaria
POLLACK & KAMINSKY
114 West 47th Street
New York, NY 10036
Tel: (212) 575-4700
Fax: (212) 575-6560

Boris Feldman
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
Tel: (842) 727-6500
Fax: (842) 727-3103

Mark Holland
CLIFFORD CHANCE ROGERS & WELLS
LLP
31 W 52nd St Fl 3
New York, NY 10019-6127
Tel: (212) 878-8000
Fax: (212) 878-8375

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL
& BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL 33602
Tel: (813) 225-2500
Fax: (813) 223-7118

Mr. Ronald Lovitt
J. Thomas Hannan
Henry I. Bornstein
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111
Tel: (415) 362-8769
Fax: (415) 362-7528

STIPULATION TO FILE DISCOVERY LETTER
UNDER SEAL
Case No. C-04-0883 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO FILE DISCOVERY LETTER
UNDER SEAL
Case No. C-04-0883 SI