Daniel R. Harris (State Bar No. 188417)
**CLIFFORD CHANCE US LLP**
990 Marsh Road
Menlo Park, CA 94025-1949
Tel: (650) 566-4300
Fax: (650) 566-4399
E-mail: Daniel.Harris@cliffordchance.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN RESOURCES, INC., ET AL., <br><br> Defendants. | Case No. C O4 0883 SI <br><br> **STIPULATION TO FILE DISCOVERY LETTER UNDER SEAL** |

Pursuant to Civ. L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action as well as counsel for the independent directors that the Independent Directors' January 25, 2007 discovery letter shall be filed under seal.

STIPULATION TO FILE DISCOVERY LETTER
UNDER SEAL
File No. C 04 0883 SI

| | |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 25th day of January, |
| 2 | 2007: |

/s/
Michael D. Woerner
Tana Lin
KELLER ROHRBACK L.L.P.
Counsel for Plaintiffs

/s/
Daniel A. Pollack
POLLACK & KAMINSKY
Counsel for Defendants

/s/
Daniel Harris
Mark Holland
CLIFFORD CHANCE US LLP
Counsel for the Independent Directors

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** _____

Susan Illston
United States District Judge

STIPULATION TO FILE DISCOVERY LETTER
UNDER SEAL
File No. C 04 0883 SI

| | |
|---|---|
| Lynn Lincoln Sarko<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052 | Daniel A. Pollack<br>POLLACK & KAMINSKY<br>114 West 47th Street, Suite 1900<br>New York, NY 10036 |
| James C. Bradley<br>RICHARDSON, PATRICK,<br>WESTBROOK<br>& BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401 | Boris Feldman<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304 |
| Guy M. Burns<br>JOHNSON, POPE, BOKOR,<br>RUPPEL & BURNS, L.L.P.<br>100 North Tampa Street, Suite 1800<br>Tampa, FL 33602 | Mark Holland<br>CLIFFORD CHANCE<br>31 West 52nd Street<br>New York, NY 10019-6127 |
| Mr. Ronald Lovitt<br>LOVITT & HANNAN, INC.<br>900 Front Street, Suite 300<br>San Franciscso, CA 94111 | |

STIPULATION TO FILE DISCOVERY LETTER
UNDER SEAL
File No. C 04 0883 SI