UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| SUSAN STRIGLIABOTTI, on behalf of herself and a class of all persons similarly situated, et al.,<br><br>   Plaintiff,<br><br>-against-<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>   Defendants. | Case No. C-04-0883 SI<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

  James S. Brown, an active member in good standing of the bar of New York, whose business address and telephone number is Wilson Elser Moskowitz Edelman & Dicker LLP, 150 East 42nd Street, New York, New York 10017, (212) 808-4300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Franklin Resources, Inc. et al.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/22/07

The Honorable Susan Illston
United States District Judge