Daniel A. Pollack *(pro hac vice)*
POLLACK & KAMINSKY
114 West 47th Street, Suite 1900
New York, New York  10036
Telephone:  (212) 575-4700

Boris Feldman, State Bar No. 128838
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
 Palo Alto, California  94303-1050
 Telephone:   (650) 493-9300

Attorneys for Franklin Resources, Inc., et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN STRIGLIABOTTI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN RESOURCES, INC., et al., <br><br> Defendants. | Case No. C-04-0883-SI |

## STIPULATION OF DISMISSAL

The above-titled action is hereby dismissed with prejudice and without costs.

RICHARDSON, PATRICK,
WESTBROOK
  & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401

by _____
        Michael J. Brickman

JOHNSON, POPE, BOKOR, RUPPEL
 & BURNS, LLP
403 East Madison Street
Suite 400
Tampa, FL 33602

by __/s/ Guy M. Burns_____
    Guy M. Burns

KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

by_____
    Michael D. Woerner

-and-

LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111

by_____
    Ronald Lovitt

*Counsel for Plaintiffs*

2

JOHNSON, POPE, BOKOR, RUPPEL
& BURNS, LLP
403 East Madison Street
Suite 400
Tampa, FL 33602


by_____
      Guy M. Burns


KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

by  /s/ Michael D. Woerner
      Michael D. Woerner

-and-

LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111


by_____
      Ronald Lovitt

*Counsel for Plaintiffs*

JOHNSON, POPE, BOKOR, RUPPEL
& BURNS, LLP
403 East Madison Street
Suite 400
Tampa, FL 33602

by_____
    Guy M. Burns

KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

by_____
    Michael D. Woerner

-and-

LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111

by /s/ Ronald Lovitt
    Ronald Lovitt

*Counsel for Plaintiffs*

POLLACK & KAMINSKY
114 West 47th Street
New York, NY 10036

by _____
Daniel A. Pollack

-and-

WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California  94303-1050

by _____
Boris Feldman

*Counsel for Defendants*



IT IS SO ORDERED
Judge Susan Illston
08/09/07

3